Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:17−bk−00752
Chapter 7
Judge Marian F Harrison

In Re:
　Juan Eliacim Martinez
　701 Bowling Av Apt 5
　Nashville, TN 37215

Social Security No.
　xxx−xx−0841

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/8/17 at 09:00 AM

to consider and act upon the following:

MOTION TO BE RELIEVED AS COUNSEL OF RECORD.

Dated: 7/11/17　　　　　　　　　　　　　　　　　　　　/s/ MATTHEW T LOUGHNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court