United States Bankruptcy Court
Middle District of Tennessee

In re:  
Juan Eliacim Martinez  
    Debtor

Case No. 17-00752-MFH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0650-3     User: ccm7036     Page 1 of 1     Date Rcvd: Jul 11, 2017  
                Form ID: hrgnot2    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2017.  
db          +Juan Eliacim Martinez,    701 Bowling Av Apt 5,    Nashville, TN 37215-1056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
ust         E-mail/Text: ustpregion08.na.ecf@usdoj.gov Jul 12 2017 00:27:43     US TRUSTEE,  
         OFFICE OF THE UNITED STATES TRUSTEE,    701 BROADWAY STE 318,    NASHVILLE, TN  37203-3966  
                                                                                                                 TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2017 at the address(es) listed below:  
        JON DANIEL LONG    on behalf of Defendant Juan Eliacim Martinez ecfmail@tennessee-bankruptcy.com,  
         ecftnbk@gmail.com;r43618@notify.bestcase.com  
        JON DANIEL LONG    on behalf of Debtor Juan Eliacim Martinez ecfmail@tennessee-bankruptcy.com,  
         ecftnbk@gmail.com;r43618@notify.bestcase.com  
        LEWIS GLENN BURNETT    on behalf of Defendant Juan Eliacim Martinez  
         ecfmail@tennessee-bankruptcy.com  
        MICHAEL GIGANDET    mg@trustesolutions.net,  michael@mgigandet.com  
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov  
                                                                                                             TOTAL: 5

Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:17−bk−00752
Chapter 7
Judge Marian F Harrison

In Re:
   Juan Eliacim Martinez
   701 Bowling Av Apt 5
   Nashville, TN 37215

Social Security No.
   xxx−xx−0841

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 8/8/17 at 09:00 AM

to consider and act upon the following:

MOTION TO BE RELIEVED AS COUNSEL OF RECORD.


Dated: 7/11/17                                                  /s/ MATTHEW T LOUGHNEY
                                                                                     Clerk, U.S. Bankruptcy Court